**DISMISS; Opinion Filed January 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01142-CV

### LAHADI JERE LEBBY, Appellant
### V.
### U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005KS10, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00104-D**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Moseley

Appellant's brief in this case is overdue. By postcard dated October 9, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Jim Moseley/
JIM MOSELEY
JUSTICE

131142F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAHADI JERE LEBBY, Appellant

No. 05-13-01142-CV          V.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC 2005KS10,
Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-00104-D.
Opinion delivered by Justice Moseley.
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005KS10 recover its costs of this appeal from appellant LAHADI JERE LEBBY.

Judgment entered this 29th day of January, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–2–